UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YAMAHA MOTOR FINANCE CORPORATION, U.S.A., <br> Plaintiff, <br> -v- <br> POWERS MOTOR SPORTS, INC., et al., <br> Defendants. | No. 1:20-cv-248 <br><br> Honorable Paul L. Maloney |

### DEFAULT JUDGMENT

Having issued an order granting default judgment against Defendants, pursuant to Fed. R. Civ. P. 58, **DEFAULT JUDGMENT** hereby enters in favor of Plaintiff Yamaha Motor Finance Corporation, U.S.A. and against Defendants Powers Motor Sports, Inc., David A. Schwartz, and Ernest D. Schwartz in the amount of $85,502.92.

**IT IS SO ORDERED.**

Date: August 17, 2020               /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge